[No. 56159-6-I.  Division One.  July 3, 2006.]

MARJORIE I. SHIREY ET AL., *Appellants*, v. THE PORT OF SEATTLE ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-06192-1, Ronald Kessler, J., entered March 25, April 5, and June 8, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Ellington, J.

[No. 56347-5-I.  Division One.  July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TYREE ANTROY BELLINGER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06271-0, Joan B. Allison, J. Pro Tem., entered May 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56393-9-I.  Division One.  July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FRANCIS MULDOON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01542-6, Laura Gene Middaugh, J., entered June 6, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56466-8-I.  Division One.  July 3, 2006.]

JOANN SHERRICK ET AL., *Appellants*, v. SIMON PROPERTY GROUP, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 04-2-00250-8, Steven C. Gonzalez, J., entered May 27 and June 17, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.